UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08cr0717-BTM |
| v. | ) ) | CERTIFICATE OF SERVICE |
| AURELIANO CASTILLO-SANCHEZ, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

>Joseph Orabona
>U.S. Attorney's Office
>880 Front Street
>San Diego, CA  92101

Dated:  April 8, 2008               /s/  Erick  L.  Guzman
                                    ERICK L. GUZMAN
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    erick_guzman@fd.org