1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 erick_guzman@fd.org

5 Attorneys for Aureliano Castillo-Sanchez

6

7

8                              UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10                         **(HONORABLE BARRY T. MOSKOWITZ)**

11 UNITED STATES OF AMERICA,          )      Case No. 08cr0717-BTM
                                      )
12              Plaintiff,            )
                                      )
13 v.                                 )      **JOINT MOTION TO CONTINUE**
                                      )      **MOTION HEARING/TRIAL SETTING**
14 AURELIANO CASTILLO-SANCHEZ,        )
                                      )
15              Defendant.            )
   _____)

16

17          Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick

18 L. Guzman, and Federal Defenders of San Diego, Inc., counsel for Aureliano Castillo-Sanchez, along with

19 Assistant United States Attorney Joseph Orabona, that the final hearing re: revocation be continued from May

20 23, 2008 at 2:00 p.m. to **July 3, 2008, at 9:00 a.m.**

21                                          Respectfully submitted,

22 DATED:        May 22, 2008               */s/ Erick L. Guzman*
                                            **ERICK L. GUZMAN**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Castillo-Sanchez
24

25 DATED:        May 22, 2008               */s/ Joseph Orabona*
                                            **JOSEPH ORABONA**
26                                          Assistant United States Attorney
                                            joseph.orabona@usdoj.gov
27

28