UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0717-BTM |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| ) | MOTION HEARING/TRIAL SETTING |
| AURELIANO CASTILLO-SANCHEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for May 23, 2008 at 2:00 p.m. be continued until **July 3, 2008, at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED: May 22, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge