MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## EXHIBIT LIST

USA                          VS                    CASTILLO-SANCHEZ

Plaintiff    X  Defendant    Court    Type of Hearing: MOTION HEARING

Case Number: 08CR0717-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| A | 7-28-08 | 7-28-08 | e-mail from Christian DeOlivas to Federal Defender's Inc. Attorney E. Guzman |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |